STATE of Missouri, Respondent,

v.

Timothy CLAY, Jr., Appellant.

No. WD 72423.

Missouri Court of Appeals,
Western District.

June 12, 2012.

Susan L. Hogan, Kansas City, MO, for appellant.

Laura Elsbury, Jefferson City, MO, for respondent.

Before: JOSEPH M. ELLIS, P.J., and JAMES E. WELSH and ALOK AHUJA, JJ.

## ORDER

PER CURIAM:

Timothy Clay, Jr., was convicted of the unlawful use of a weapon, second-degree murder, and armed criminal action in the Circuit Court of Jackson County. He appeals the unlawful use of a weapon conviction, arguing that there was insufficient evidence that he fired his weapon into a motor vehicle as required to support his conviction under § 571.030.1(9), RSMo. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).